UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-CR-60273-WILLIAMS/MCALILEY

**UNITED STATES OF AMERICA,**

vs.

**PETER ROUSSONICOLOS, and
KEVIN MCGOEY,**

        **Defendants**.

_____/

**ORDER**

    **THIS CAUSE** came before the Court on the United States' Motion to Compel Disclosure of, and Discovery Regarding, Any Advice of Counsel Defense and Reciprocal Disclosures, filed June 29, 2022 ("Motion"). Being fully advised of the premises, the Court hereby **GRANTS** the Motion.

    The Court further **ORDERS** that:

(1) Any Defendant who intends to rely on an advice-of-counsel defense at trial shall, by July 15, 2022, inform the United States of its intent to offer this defense, identify <u>all</u> attorneys who purportedly provided any advice to a Defendant, even if such attorneys were not formally retained by a Defendant, and waive privilege over and produce to the United States <u>all</u> communications he had with those attorneys, including all memorialization of such conversations.

(2) Both Defendants are ordered to produce their reciprocal disclosures pursuant to Fed. R. Crim. P. 16(b)(1)(A), if any, by July 15, 2022 and to supplement such disclosures immediately if they discover any new information subject to Fed. R. Crim. P. 16(b)(1)(A).

**DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2022.

                                                                                                              _____
                                                                                                               KATHLEEN M. WILLIAMS
                                                                                                               UNITED STATES DISTRICT JUDGE

cc: Counsel of record